IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LEE FRANK SAVAGE, #65368                                              PETITIONER

VS.                              CIVIL ACTION NO. 5:04-cv-285(DCB)(JCS)

WARDEN GREER, JIM HOOD,
AND CHRISTOPHER EPPS                                                 RESPONDENTS

FINAL JUDGMENT

This matter having come on to be heard on the petitioner's objection to Magistrate Judge James C. Sumner's Report and Recommendation of October 12, 2005, and after a full review of the record having entered an Order dismissing the petitioner's petition for writ of habeas corpus with prejudice, the Court now grants final judgment in favor of the respondents and against the petitioner in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 17th day of March, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE